UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARLAND TREADWELL, | ) |
| | ) Case No: 14-cv-23-JFB-TDT |
| Plaintiff, | ) |
| | ) |
| HEPLERBROOM, LLC, | ) **ORDER OF DISMISSAL WITH** |
| | ) **PREJUDICE** |
| Defendant. | ) |

Pursuant to settlement, the case is dismissed *with* prejudice and without fees or costs to either party, all fees and cost having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

Dated: August 7, 2015

1